

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

**SONDRA MOORE, et al,**

    **Plaintiffs**

**vs.**                                                                          **CIVIL ACTION**
                                                                                 **NO.  2:18-CV-190-RWS**


**ALLAN JOHNSTON, et al,**

    **Defendants**


## NOTICE OF HEARING

The above civil action is hereby set for a Motion Hearing before the Honorable Richard W. Story on Friday, November 16,  2018 at 1:00 p.m.,  in Courtroom 303, United States  Courthouse, 121 Spring Street, Gainesville, Georgia.

    This the 17th  day of October,  2018.

                **JAMES N. HATTEN, CLERK**

                **s/ Stacey Kemp**
                **Courtroom Deputy Clerk**

                **404/215-1349  (Atlanta)**
                **678/450-2751 (Gainesville**)